IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MATT J. JUVERS individually and d/b/a  )<br>MATT JUVERS EXCAVATING, INC.,  )<br>)<br>Defendant.  ) | Case No. 05-4012-JPG |

## ORDER

THIS MATTER comes before the Court on a Motion for Entry of Default Judgment (Doc. 6) filed by the plaintiff.  The Court has reviewed the file and hereby **GRANTS** the motion (Doc. 6) and **DIRECTS** the Clerk of Court to enter judgment in favor of plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds against the Defendant, MATT J. JUVERS, individually and d/b/a MATT JUVERS EXCAVATING, INC., in the amount of One Thousand Seven Hundred Sixty One Dollars and Forty Three Cents ($1,761.43), plus One Thousand Six Hundred Six Dollars ($1,606.00) in attorney's fees and court costs for a total judgment of Three Thousand Three Hundred Sixty Seven Dollars and Forty Three Cents ($3,367.43) and that the Defendant submit to an up-to-date audit of his books.

**DATED:  May 2, 2005**

s/ J. Phil Gilbert
**JUDGE**