IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 05-4012-JPG |
| MATT J. JUVERS individually and d/b/a MATT JUVERS EXCAVATING, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court, the defendant having to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds and against defendant MATT J. JUVERS, individually and d/b/a MATT JUVERS EXCAVATING, INC., in the amount of One Thousand Seven Hundred Sixty One Dollars and Forty Three Cents ($1,761.43), plus One Thousand Six Hundred Six Dollars ($1,606.00) in attorney's fees and court costs for a total judgment of Three Thousand Three Hundred Sixty Seven Dollars and Forty Three Cents ($3,367.43);

IT IS FURTHER ORDERED AND ADJUDGED that defendant MATT J. JUVERS, individually and d/b/a MATT JUVERS EXCAVATING, INC., submit to an up-to-date audit of his books.

**NORBERT JAWORSKI**

**Date: May 3, 2005**          **s/ Judith Prock, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**